**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____

www.cand.uscourts.gov

Richard W. Wieking　　　　　　　　　　　　　　　　　　　　　　　　　General Court Number
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　408.535.5363

March 16, 2017

**Clerk of Court-Southern District of Texas**
United States Courthouse,
515 Rusk Avenue, Houston, TX 77002

| | |
|---|---|
| Case Name: | **USA- v- Jerry Norris** |
| Case Number: | **5-17-70359-MAG    (Your Case# 4:16cr385-S)** |
| Charges: | **18:371, et.al** |

Dear Clerk:

　　　The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Howard R. Lloyd.   The following action has been taken:

( X )　The U.S. Marshal has been ordered to remove this defendant
　　　　to your district forthwith.
(   )　The defendant has a court appearance in your court on:

Enclosed are the following documents:
　　　　　　　　　　original Rule 5 affidavit
　　　　　　　　　　waiver
　　　　　　　　　　Minute orders
　　　　　　　　*AO 94, Commitment to Another District*
　　　　　　　　　Certified docket sheets

　　　Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

　　　　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　　　　Susan Y. Soong, Clerk

　　　　　　　　　　　　　　　　　　　by:　Cita Escolano
　　　　　　　　　　　　　　　　　　　Case Systems Administrator

Enclosures
cc: Financial Office
-----------------------------------------------------------------------------------
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____　　　　　**CLERK, U.S. DISTRICT COURT**

　　　　　　　　　　　　　　　　　　　　　　　　　　**By** _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**